**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7599**

---

DAVID MYRON CARTER,

                                        Petitioner - Appellant,

          versus

COMMONWEALTH OF VIRGINIA; WARDEN, BUCKINGHAM
CORRECTIONAL CENTER,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-97-982-2)

---

Submitted:  July 2, 1998          Decided:  July 20, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

David Myron Carter, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Carter v. Virginia</u>, No. CA-97-982-2 (E.D. Va. Oct. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Appellant's motion for transcript is denied.

<u>DISMISSED</u>